UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

833447
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Secured Creditor: WELLS FARGO
BANK, N.A.

**Order Filed on April 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

WALTER L. GARSON, JR

Case No: 19-31765 - JNP

Hearing Date: 03/18/2020

Judge:  JERROLD N. POSLUSNY JR.

## INTERIM CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: **April 30, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NJID 833447**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    WALTER L. GARSON, JR       CASE NO. 19-31765 - JNP

                                      CHAPTER 13

    Debtor

                                        CONSENT ORDER RESOLVING
                                        OBJECTION TO CONFIRMATION

                                        HEARING DATE: 03/18/2020

      This Consent Order pertains to the property located at 236 WHITE HORSE PIKE, COLLINGSWOOD, NJ 08107, mortgage account ending with "1998";

      THIS MATTER having been brought before the Court by, DAVID A KASEN, Esquire attorney for debtor, WALTER L. GARSON, JR upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

      IT IS on the               day of               , 2020, ORDERED as follows:

    1.      Debtor is to sell the property by November 1, 2020.

    2.      Debtor is to make regular payments in accordance with the terms of the note and mortgage to Secured Creditor while the sale is pending.

    3.      Debtor further agrees that Wells Fargo Bank, N.A. has filed a valid Proof of Claim, No. 1-1, which lists a secured arrearage claim of $2,995.55 and a total debt of $59,037.37. The Debtor agrees to pay off the entire amount of the Wells Fargo Bank claim in full from the proceeds of the sale of the property.

    4.      Any payoff amount of Secured Creditor's claim is to be calculated under applicable state law, and per the terms of the note and mortgage.

5.      ORDERED, ADJUDGED and DECREED that Secured Creditor's objection to confirmation is hereby resolved.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
WELLS FARGO BANK, N.A.

/s/ Sherri J. Smith
Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com

                                        Dated:  04/20/2020


/s/ David A. Kasen                      Dated: 04/23/2020
DAVID A KASEN, Esquire
Attorney for debtor