| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>833447<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: WELLS FARGO BANK, N.A. | Order Filed on April 30, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WALTER L. GARSON, JR | Case No: 19-31765 - JNP<br><br>Hearing Date: 03/18/2020<br><br>Judge: JERROLD N. POSLUSNY JR. |

**INTERIM CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: April 30, 2020

_Honorable Jerrold N. Poslusny, Jr._
United States Bankruptcy Court

**NJID 833447**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for WELLS FARGO BANK, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    WALTER L. GARSON, JR    CASE NO. 19-31765 - JNP

                                    CHAPTER 13

    Debtor

                                    CONSENT ORDER RESOLVING
                                    OBJECTION TO CONFIRMATION

                                    HEARING DATE: 03/18/2020

    This Consent Order pertains to the property located at 236 WHITE HORSE PIKE, COLLINGSWOOD, NJ 08107, mortgage account ending with "1998";

    THIS MATTER having been brought before the Court by, DAVID A KASEN, Esquire attorney for debtor, WALTER L. GARSON, JR upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    IT IS on the _____ day of _____, 2020, ORDERED as follows:

    1.    Debtor is to sell the property by November 1, 2020.

    2.    Debtor is to make regular payments in accordance with the terms of the note and mortgage to Secured Creditor while the sale is pending.

    3.    Debtor further agrees that Wells Fargo Bank, N.A. has filed a valid Proof of Claim, No. 1-1, which lists a secured arrearage claim of $2,995.55 and a total debt of $59,037.37. The Debtor agrees to pay off the entire amount of the Wells Fargo Bank claim in full from the proceeds of the sale of the property.

    4.    Any payoff amount of Secured Creditor's claim is to be calculated under applicable state law, and per the terms of the note and mortgage.

      5.    ORDERED, ADJUDGED and DECREED that Secured Creditor's objection to confirmation is hereby resolved.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
WELLS FARGO BANK, N.A.

/s/ Sherri J. Smith
Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com

Dated: 04/20/2020

/s/ David A. Kasen                    Dated: 04/23/2020
DAVID A KASEN, Esquire
Attorney for debtor

```
                        United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 19-31765-JNP
Walter L Garson, Jr.                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 1                  Date Rcvd: Apr 30, 2020
                               Form ID: pdf903              Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db          +Walter L Garson, Jr.,    236 White Horse Pike,    Collingswood, NJ 08107-1914
aty         +Everett F Simpson,    160 Hampshire Ave,    Audubon, NJ 08106-2018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
              David A. Kasen    on behalf of Debtor Walter L Garson, Jr. dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company  dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6