UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>WALTER L. GARSON, JR.,<br><br>Debtor. | Case No.: 19-31765/JNP<br>Chapter: 13<br>Judge: Poslusny |

## AMENDED NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Walter L. Garson, Jr., Debtor, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr., USBJ on 6/30/2020 at 11 a.m. at the United States Bankruptcy Court, courtroom no. 4C, 400 Cooper St., 4th Floor, Camden, N.J. 08101 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Debtor's Amended Motion to Approve Settlement of Personal Injury Accident against Home Depot

Pertinent terms of settlement: Settlement of action in the amount of $120,000.00. Exemptions to the Debtor in the amount of $25,150.00. Balance to be held by attorney for Debtor in trust until final sums determined by Chapter 13 Trustee to pay all allowed claims for arrearages and other claims in full and until sums to be paid to special counsel and attorney for Debtor has been determined by Court.

Objections must be served on, and requests for additional information directed to:

Name: David A. Kasen, Esquire, Kasen & Kasen

Address: 1874 E. Marlton Pike, Suite 3, Cherry Hill, NJ 08003

Telephone No.: (856) 424-4144

*rev.8/1/15*