UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-31765/JNP |
| WALTER L. GARSON, JR., | Chapter: | 13 |
| Debtor. | Judge: | Poslusny |

## AMENDED NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Walter L. Garson, Jr._____, _____Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: Clerk, US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable    Jerrold N. Poslusny, Jr., USBJ
on _____6/30/2020_____ at ___11___ a.m. at the United States Bankruptcy Court, courtroom no.
___4C___ , ___400 Cooper St., 4th Floor, Camden, N.J. 08101___ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a _Certification of No Objection_ and the settlement may be completed as proposed.

Nature of action:    Debtor's Amended Motion to Approve Settlement of Personal Injury
Accident against Home Depot

Pertinent terms of settlement:    Settlement of action in the amount of $120,000.00. Exemptions
to the Debtor in the amount of $25,150.00. Balance to be held by
attorney for Debtor in trust until final sums determined by
Chapter 13 Trustee to pay all allowed claims for arrearages and
other claims in full and until sums to be paid to special counsel
and attorney for Debtor has been determined by Court.

Objections must be served on, and requests for additional information directed to:

Name:    David A. Kasen, Esquire, Kasen & Kasen

Address:    1874 E. Marlton Pike, Suite 3, Cherry Hill, NJ 08003

Telephone No.: (856) 424-4144

_rev.8/1/15_

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-31765-JNP
Walter L Garson, Jr.                                                        Chapter 13
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 2            Date Rcvd: May 28, 2020
                              Form ID: pdf905        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db            +Walter L Garson, Jr.,   236 White Horse Pike,   Collingswood, NJ 08107-1914
aty           +Everett F Simpson,   160 Hampshire Ave.,   Audubon, NJ 08106-2018
cr            +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
               Philadelphia, PA 19103-1814
518576294      Bayview Loan Servicing, LLC,   P.O. Box 3331409,   Miami, FL 33233
518576299     +Bayview Loan Servicing, LLC,   KML Law Group, P.C.,   216 Haddon Ave., Suite 406,
               Collingswood, NJ 08108-2812
518605302     +Bayview Loan Servicing, LLC,   c/o Jenelle C. Arnold, ALDRIDGE PITE, LL,
               4375 Jutland Drive, Suite 200,   P.O. Box 17933,   San Diego, CA 92177-7921
518576296     +CCMUA,   1645 Ferry Ave.,   Camden, NJ 08104-1360
518576297     +Garden State Orthopedics,   1030 N. Kings Highway,   Cherry Hill, NJ 08034-1907
518576298     +Haddon EMG Physicians,   P.O Box 4154,   Philadelphia, PA 19144-0154
518576300     +Lourdes Health Systems,   P.O. Box 822099,   Philadelphia, PA 19182-2099
518576301     +Lourdes Imaging,   231 Van Sciver Drive,   Willingboro, NJ 08046-1132
518576302     +Lourdes Medical Associates,   1020 Kings Highway North,   Suite 208,
               Cherry Hill, NJ 08034-1906
518576303     +Lynn A. Garson,   236 White Horse Pike,   Collingswood, NJ 08107-1914
518576305     +Midlantic Anesthesia Associates, PA,   1040 Kings Highway North,   Cherry Hill, NJ 08034-1908
518576306     +Pressler & Pressler,   7 Entin Rd.,   Parsippany, NJ 07054-5020
518576307     +Pressler Felt & Warshaw,   7 Entin Rd.,   Parsippany, NJ 07054-5020
518576308     +RMG Med Had Hts. PC,   P.O. Box 95000-7510,   Philadelphia, PA 19195-0001
518576309     +The Heart House,   120 White Horse Pike,   Haddon Heights, NJ 08035-1938
518629057     +WELLS FARGO BANK, N.A.,   Phelan Hallinan Diamond & Jones, PC,   1617 JFK Boulevard,
               Suite 1400,   Philadelphia, PA 19103-1814
518576310     +Wells Fargo,   P.O. Box 31557,   Billings, MT 59107-1557
518613756      Wells Fargo Bank, N.A.,   Attn: Default Processing,
               1000 Blue Gentian Road, MAC# N9286-01Y,   Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 29 2020 01:30:32   U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 29 2020 01:30:28   United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518576295      E-mail/Text: kmccarthy@collingswood.com May 29 2020 01:28:53   Borough of Collingswood,
               678 Haddon Ave.,   Collingswood, NJ 08108
518673074     +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 29 2020 01:30:54
               Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd., 5th Floor,
               Coral Gables, FL 33146-1873
518576304     +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2020 01:30:28   Midland Funding, LLC,
               8875 Aero Drive,   San Diego, CA 92123-2255
518579585     +E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 01:33:50   Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518661280     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2020 01:33:28   Verizon,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                               TOTAL: 7

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: May 28, 2020
                             Form ID: pdf905           Total Noticed: 28

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
          David A. Kasen    on behalf of Debtor Walter L Garson, Jr. dkasen@kasenlaw.com
          Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Robert  Davidow    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6