Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–31765–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Walter L Garson Jr.
  236 White Horse Pike
  Collingswood, NJ 08107

Social Security No.:
  xxx–xx–0045

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        7/2/20
Time:          02:00 PM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Everett F. Simpson, Special Counsel

COMMISSION OR FEES
FEES: $39,765.91

EXPENSES
$6,615.05

If this is a chapter 13 case, the fees and expenses awarded:

☐        will not reduce the amount to be paid to general unsecured
          creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 1, 2020
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-31765-JNP
Walter L Garson, Jr.                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jun 01, 2020
                              Form ID: 137             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db           +Walter L Garson, Jr.,   236 White Horse Pike,   Collingswood, NJ 08107-1914
aty          +Everett F Simpson,   160 Hampshire Ave,   Audubon, NJ 08106-2018
cr           +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
              Philadelphia, PA 19103-1814
518576294     Bayview Loan Servicing, LLC,   P.O. Box 3331409,   Miami, FL 33233
518576299    +Bayview Loan Servicing, LLC,   KML Law Group, P.C.,   216 Haddon Ave., Suite 406,
              Collingswood, NJ 08108-2812
518605302    +Bayview Loan Servicing, LLC,   c/o Jenelle C. Arnold, ALDRIDGE PITE, LL,
              4375 Jutland Drive, Suite 200,   P.O. Box 17933,   San Diego, CA 92177-7921
518576296    +CCMUA,   1645 Ferry Ave.,   Camden, NJ 08104-1360
518576297    +Garden State Orthopedics,   1030 N. Kings Highway,   Cherry Hill, NJ 08034-1907
518576298    +Haddon EMG Physicians,   P.O Box 4154,   Philadelphia, PA 19144-0154
518576300    +Lourdes Health Systems,   P.O. Box 822099,   Philadelphia, PA 19182-2099
518576301    +Lourdes Imaging,   231 Van Sciver Drive,   Willingboro, NJ 08046-1132
518576302    +Lourdes Medical Associates,   1020 Kings Highway North,   Suite 208,
              Cherry Hill, NJ 08034-1906
518576303    +Lynn A. Garson,   236 White Horse Pike,   Collingswood, NJ 08107-1914
518576305    +Midlantic Anesthesia Associates, PA,   1040 Kings Highway North,   Cherry Hill, NJ 08034-1908
518576306    +Pressler & Pressler,   7 Entin Rd.,   Parsippany, NJ 07054-5020
518576307    +Pressler Felt & Warshaw,   7 Entin Rd.,   Parsippany, NJ 07054-5020
518576308    +RMG Med Had Hts. PC,   P.O. Box 95000-7510,   Philadelphia, PA 19195-0001
518576309    +The Heart House,   120 White Horse Pike,   Haddon Heights, NJ 08035-1938
518629057    +WELLS FARGO BANK, N.A.,   Phelan Hallinan Diamond & Jones, PC,   1617 JFK Boulevard,
              Suite 1400,   Philadelphia, PA 19103-1814
518576310    +Wells Fargo,   P.O. Box 31557,   Billings, MT 59107-1557
518613756     Wells Fargo Bank, N.A.,   Attn: Default Document Processing,
              1000 Blue Gentian Road, MAC# N9286-01Y,   Eagan, MN 55121-7700


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2020 00:36:04     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2020 00:36:01     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518576295     E-mail/Text: kmccarthy@collingswood.com Jun 02 2020 00:33:07     Borough of Collingswood,
              678 Haddon Ave.,   Collingswood, NJ 08108
518673074    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 02 2020 00:36:29
              Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd., 5th Floor,
              Coral Gables, FL 33146-1873
518576304    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 02 2020 00:36:00     Midland Funding, LLC,
              8875 Aero Drive,   San Diego, CA 92123-2255
518579585    +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 00:37:55     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518661280    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 02 2020 00:38:57     Verizon,
              by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                      TOTAL: 7


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                    Signature:   /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Jun 01, 2020
                             Form ID: 137              Total Noticed: 28

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
          David A. Kasen    on behalf of Debtor Walter L Garson, Jr. dkasen@kasenlaw.com
          Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Robert  Davidow    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7