| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DAVID A. KASEN, ESQUIRE<br>KASEN & KASEN<br>Society Hill Office Park, Suite 3<br>1874 E. Marlton Pike<br>Cherry Hill, NJ  08003<br>Telephone (856) 424-4144<br>Fax (856) 424-7565<br>Attorneys for Debtor |

Order Filed on June 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WALTER L. GARSON,

               Debtor(s).

Case No.: 19-31765/JNP

Hearing Date: 6/30/20 at 11 a.m.

Judge: Poslusny

**ORDER APPROVING DEBTOR'S MOTION TO APPROVE SETTLEMENT
OF PERSONAL INJURY ACCIDENT AGAINST HOME DEPOT**

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: June 30, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No.: 19-31765/JNP
Debtor(s): WALTER L. GARSON, JR.
Caption of Order: ORDER APPROVING DEBTOR'S MOTION TO APPROVE SETTLEMENTOF PERSONAL INJURY ACCIDENT AGAINST HOME DEPOT

THIS MATTER having been opened to the Court by David A. Kasen, Esquire, of Kasen & Kasen, attorneys for the above-captioned Debtor, pursuant to Debtor's Motion to Approve Settlement of Personal Injury Accident Against Home Depot, pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9019a and D.N.J. LBR 9019-3 and to Approve Distribution of Settlement Proceeds, and the Court having reviewed the documents on file and having heard the arguments of counsel, and for good cause shown;

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that the settlement between Home Depot and the Debtor is approved in the amount of $120,000.00.

IT IS FURTHER ORDERED that the settlement sum shall be distributed as follows:

Exemptions to the Debtor in the amount of $25,150.00;

$31,743.23 to be paid to the Chapter 13 Trustee in order to have sufficient money to pay the allowed arrearage claims of Bayview Loan Servicing and Wells Fargo Bank and the allowed claims of the Borough of Collingswood and Verizon, as well as all sums due to the Chapter 13 Trustee on account of commissions and expenses.

Balance to be held by attorney for Debtor in trust until sums to be paid to special counsel and attorney for Debtor have been determined by the Court.