| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DAVID A. KASEN, ESQUIRE<br>KASEN & KASEN<br>Society Hill Office Park, Suite 3<br>1874 E. Marlton Pike<br>Cherry Hill, NJ 08003<br>Telephone (856) 424-4144<br>Fax (856) 424-7565<br>Attorneys for Debtor | Order Filed on June 30, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WALTER L. GARSON,<br><br>                Debtor(s). | Case No.: 19-31765/JNP<br><br>Hearing Date: 6/30/20 at 11 a.m.<br><br>Judge: Poslusny |

**ORDER APPROVING DEBTOR'S MOTION TO APPROVE SETTLEMENT
OF PERSONAL INJURY ACCIDENT AGAINST HOME DEPOT**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 30, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No.:      19-31765/JNP
Debtor(s):     WALTER L. GARSON, JR.
Caption of Order: ORDER APPROVING DEBTOR'S MOTION TO APPROVE SETTLEMENTOF PERSONAL INJURY ACCIDENT AGAINST HOME DEPOT

THIS MATTER having been opened to the Court by David A. Kasen, Esquire, of Kasen & Kasen, attorneys for the above-captioned Debtor, pursuant to Debtor's Motion to Approve Settlement of Personal Injury Accident Against Home Depot, pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9019a and D.N.J. LBR 9019-3 and to Approve Distribution of Settlement Proceeds, and the Court having reviewed the documents on file and having heard the arguments of counsel, and for good cause shown;

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that the settlement between Home Depot and the Debtor is approved in the amount of $120,000.00.

IT IS FURTHER ORDERED that the settlement sum shall be distributed as follows:

Exemptions to the Debtor in the amount of $25,150.00;

$31,743.23 to be paid to the Chapter 13 Trustee in order to have sufficient money to pay the allowed arrearage claims of Bayview Loan Servicing and Wells Fargo Bank and the allowed claims of the Borough of Collingswood and Verizon, as well as all sums due to the Chapter 13 Trustee on account of commissions and expenses.

Balance to be held by attorney for Debtor in trust until sums to be paid to special counsel and attorney for Debtor have been determined by the Court.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                           Case No. 19-31765-JNP
Walter L Garson, Jr.                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1      Date Rcvd: Jun 30, 2020
                              Form ID: pdf903          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
```
db             +Walter L Garson, Jr.,    236 White Horse Pike,    Collingswood, NJ 08107-1914
aty            +Everett F Simpson,    160 Hampshire Ave,    Audubon, NJ 08106-2018
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                             Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
```
              David A. Kasen    on behalf of Debtor Walter L Garson, Jr. dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Robert Davidow     on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```