UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bayview Loan Servicing, LLC, a Delaware Limited Liability Company

In Re:

Walter L. Garson Jr.

Case No.:  19-31765 JNP

Chapter:  13

Hearing Date:  9/8/2020

Judge:  Jerrold N. Poslusny J.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Motion for Relief from Stay filed on August 14, 2020; document number 49

_____

Date: 9/2/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*