| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re: | Case Number: _____<br><br>Chapter:          13<br><br>Judge: _____ |

**NOTICE OF RECEIPT OF RESPONSE TO**
**NOTICE OF FINAL CURE PAYMENT**

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post-petition amounts.

DATE: _____          JEANNE A. NAUGHTON, Clerk