**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Walter L Garson Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0045<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–31765–JNP

# Order of Discharge         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Walter L Garson Jr.

11/6/20                                                              **By the court:** Jerrold N. Poslusny Jr.
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Walter L Garson, Jr.  
    Debtor(s)

Case No. 19-31765-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 2  
Date Rcvd: Nov 06, 2020        Form ID: 3180W        Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walter L Garson, Jr., 236 White Horse Pike, Collingswood, NJ 08107-1914 |
| aty | + | Everett F Simpson, 160 Hampshire Ave, Audubon, NJ 08106-2018 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518605302 | + | Bayview Loan Servicing, LLC, c/o Jenelle C. Arnold, ALDRIDGE PITE, LL, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518576294 | | Bayview Loan Servicing, LLC, P.O. Box 3331409, Miami, FL 33233 |
| 518576299 | + | Bayview Loan Servicing, LLC, KML Law Group, P.C., 216 Haddon Ave., Suite 406, Collingswood, NJ 08108-2812 |
| 518576296 | + | CCMUA, 1645 Ferry Ave., Camden, NJ 08104-1360 |
| 518989336 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 518989337 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor Coral Gables FL 33146-1873 |
| 518576297 | + | Garden State Orthopedics, 1030 N. Kings Highway, Cherry Hill, NJ 08034-1907 |
| 518576298 | + | Haddon EMG Physicians, P.O Box 4154, Philadelphia, PA 19144-0154 |
| 518576300 | + | Lourdes Health Systems, P.O. Box 822099, Philadelphia, PA 19182-2099 |
| 518576301 | + | Lourdes Imaging, 231 Van Sciver Drive, Willingboro, NJ 08046-1132 |
| 518576302 | + | Lourdes Medical Associates, 1020 Kings Highway North, Suite 208, Cherry Hill, NJ 08034-1906 |
| 518576303 | + | Lynn A. Garson, 236 White Horse Pike, Collingswood, NJ 08107-1914 |
| 518576305 | + | Midlantic Anesthesia Associates, PA, 1040 Kings Highway North, Cherry Hill, NJ 08034-1908 |
| 518576306 | + | Pressler & Pressler, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 518576307 | + | Pressler Felt & Warshaw, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 518576308 | + | RMG Med Had Hts. PC, P.O. Box 95000-7510, Philadelphia, PA 19195-0001 |
| 518576309 | + | The Heart House, 120 White Horse Pike, Haddon Heights, NJ 08035-1938 |
| 518629057 | + | WELLS FARGO BANK, N.A., Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2020 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2020 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518576295 | | Email/Text: kmccarthy@collingswood.com | Nov 06 2020 21:33:00 | Borough of Collingswood, 678 Haddon Ave., Collingswood, NJ 08108 |
| 518673074 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 06 2020 21:35:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 518576304 | + | EDI: MID8.COM | Nov 07 2020 01:58:00 | Midland Funding, LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 518579585 | + | EDI: RMSC.COM | Nov 07 2020 01:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518661280 | + | EDI: AIS.COM | Nov 07 2020 01:58:00 | Verizon, by American InfoSource as agent, 4515 |

Case 19-31765-JNP    Doc 68    Filed 11/08/20    Entered 11/09/20 00:22:28    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 3180W | Total Noticed: 30 |

| 518576310 | + EDI: WFFC.COM | Nov 07 2020 01:58:00 | N Santa Fe Ave, Oklahoma City, OK 73118-7901<br>Wells Fargo, P.O. Box 31557, Billings, MT 59107-1557 |
| 518613756 | EDI: WFFC.COM | Nov 07 2020 01:58:00 | Wells Fargo Bank, N.A., Attn: Default Document Processing, 1000 Blue Gentian Road, MAC# N9286-01Y, Eagan, MN 55121-7700 |

TOTAL: 9

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David A. Kasen | on behalf of Debtor Walter L Garson Jr. dkasen@kasenlaw.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Robert Davidow | on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com |
| Sherri Jennifer Smith | on behalf of Creditor WELLS FARGO BANK N.A. ssmith@pincuslaw.com, nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8